NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LG ELECTRONICS, INC.**

---

2011-1248
*(Reexamination No. 90/008,522)*

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

ERIC A. SHUMSKY, Sidley Austin LLP, of Washington, DC, argued for appellant. With him on the brief were TACY F. FLINT, of Chicago, Illinois, and PETER H. KANG, of Palo Alto, California. Of counsel were KENIE HO, Finnegan, Henderson, Farabow, of Washington, DC, ERIK R. PUKNYS, of Palo Alto, California, and ANDREW C. SONU, of Reston, Virginia.

WILLIAM LAMARCA, Associate Solicitor, United States Patent & Trademark Office, Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 14, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |